IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reed, Hattie L | Case Number: 07 B 23140 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 12/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 16, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,465.16 | |
| Secured: | | 3,674.37 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 444.38 |
| Other Funds: | | 346.41 |
| Totals: | 7,465.16 | 7,465.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,000.00 | 3,000.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 13,518.28 | 3,674.37 |
| 4. | Home Loan Services | Secured | 20,469.96 | 0.00 |
| 5. | Internal Revenue Service | Priority | 6,816.71 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 143.64 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 53.10 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 30.33 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 12.32 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 11. | Cash Call | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Payday Loan | Unsecured | | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | American Family Insurance | Unsecured | | No Claim Filed |
| | | | $ 44,044.34 | $ 6,674.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Reed, Hattie L

Printed: 11/25/08

Case Number: 07 B 23140
Judge: Wedoff, Eugene R
Filed: 12/10/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 90.89 |
| 6.5% | 343.02 |
| 6.6% | 10.47 |
|  | $ 444.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

